# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JASON JENKINS

NO. 2019 KW 1416

**DEC 2 3 2019**

---

In Re:    Jason Jenkins, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-19-06274.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED AS MOOT.** The records of the East Baton Rouge Parish Clerk's Office reflect that the district court denied the petition for a writ of habeas corpus as moot on October 29, 2019.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT